**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Wayne Patterson, ) | No. CV 06-2832-PHX-SMM (ECV) |
| )  Plaintiff, ) | **ORDER** |
| ) vs. ) | |
| ) Joseph Arpaio, ) | |
| ) Defendant. ) | |
| ) | |

Plaintiff Mark Wayne Patterson filed a *pro se* Civil Rights Complaint by a Prisoner (Doc. #1) pursuant to 28 U.S.C. § 1983 on November 24, 2006, while incarcerated at the Maricopa County Towers Jail. The Court screened the Complaint in an Order (Doc. #3) filed on December 22, 2006. In the screening order, the Court ordered Plaintiff to complete and return a service packet within 20 days, after which the U.S. Marshal Service would notify the defendant and effect service. Plaintiff was further directed to immediately advise the Court of any change of address and its effective date. Also in the screening order, Plaintiff was warned that if he failed to timely comply with its provisions, the action would be dismissed pursuant to rule 41(b) of the Federal Rules of Civil Procedure.

More than two months have passed since the Court issued its screening order and Plaintiff has not returned the service packets. The Court docket reflects that mail sent to Plaintiff has been returned. Having failed to notify the Court of a new address, it appears

1 that Plaintiff has abandoned his claims.  Accordingly, this action will be dismissed for failure
2 to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

3 **IT IS THEREFORE ORDERED:**

4 That pursuant to Rule 41(b) of the Federal Rules of Civil Procedure this action is
5 dismissed and the Clerk of Court shall enter judgment accordingly.

6 DATED this 1st day of March, 2007.

Stephen M. McNamee
United States District Judge